# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re: **TSMC, INC.,**                                                       Case No.:17-22702 (RDD)
       Debtor                                                                   Chapter 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1, and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **TSMC, INC. (the "Corporation")** in the above captioned action, certifies that the following is a corporation, other than the debtor or a governmental unit, that directly or indirectly owns 10% or more of any class of the Corporation's equity interests, or states that there are no entities to report under FRBP 7007.1:

**No entities to report.**

  All shares of all classes of stock are owned by Michael Casarella and Anthanasios Stratigakis.

Date: Harrison, NY
May 9, 2017

                                                **/s/ H. Bruce Bronson**
                                                H. Bruce Bronson
                                                Proposed Counsel for Debtor
                                                480 Mamaroneck Ave.
                                                Harrison, NY  10528
                                                914-269-2530
                                                hbbronson@bronsonlaw.net