# Notice Recipients

District/Off: 0208–7　　　　User: agvargas　　　　Date Created: 5/10/2017
Case: 17–22702–rdd　　　　Form ID: 309F　　　　Total: 14

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | TSMC, Inc. | 6 Rockledge Ave    Ossining, NY 10562–5914 |
| ust | United States Trustee | Office of the United States Trustee    U.S. Federal Office Building    201 Varick Street, Room 1006    New York, NY 10014 |
| aty | H. Bruce Bronson, Jr. | Bronson Law Offices, P.C.    480 Mamaroneck Avenue    Harrison, NY 10528–0023 |
| smg | Internal Revenue Service | PO Box 7346    Philadelphia, PA 19101–7346 |
| smg | N.Y. State Unemployment Insurance Fund | P.O. Box 551    Albany, NY 12201–551 |
| smg | New York State Tax Commission | Bankruptcy/Special Procedures Section    P.O. Box 5300    Albany, NY 12205–0300 |
| smg | United States Attorney's Office | Southern District of New York    Attention: Tax & Bankruptcy Unit    86 Chambers Street, Third Floor    New York, NY 10007 |
| 7146099 | Athansios Stratigakis | 860 Commerce St    Thornwood, NY 10594–1436 |
| 7146100 | Michael Casarella | 121 Foxwood Cir    Mount Kisco, NY 10549–1130 |
| 7146101 | Paul A. Victor | 219 Lawn Ter    Mamaroneck, NY 10543–4026 |
| 7146102 | Reisman, Rubeo, McClure & Altman, LLP | 151 Broadway    Hawthorne, NY 10532–1103 |
| 7146103 | TD Bank, N.A. | 3020 Westchester Ave Ste 300    Purchase, NY 10577–2562 |
| 7146104 | Teitlebaum & Baskin LLC | 3 Barker Ave Fl 3    White Plains, NY 10601–1509 |
| 7146105 | VMJ Espinoza Contractor Inc. | 10 Meadow St    Goldens Bridge, NY 10526–1004 |

TOTAL: 14